```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| MICHELE MATTEI, | : | CIVIL ACTION NO. 08-1840 (MLC) |
|  | : |  |
| Plaintiff, | : | **ORDER & JUDGMENT** |
|  | : |  |
| v. | : |  |
|  | : |  |
| PLUMSTED TOWNSHIP, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

For the reasons stated in the Court's Memorandum Opinion dated August 5, 2009, **IT IS** on this   5th   day of August 2009, **ORDERED** that defendants' motion for summary judgment (dkt. entry no. 12) is **GRANTED IN PART AND DENIED IN PART** as follows:

   **GRANTED TO THE EXTENT** that defendants seek judgment in their favor on the federal law claims; and

   **DENIED TO THE EXTENT** that defendants seek judgment in their favor on any state law claims; and

  **IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR OF** Plumsted Township and Plumsted Township Police Department on the claims asserted against them pursuant to federal law; and

  **IT IS FURTHER ADJUDGED** that the Complaint insofar as it concerns claims pursuant to state law is **DISMISSED WITHOUT PREJUDICE** and with leave to reinstate the state law claims in state court; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                                   s/ Mary L. Cooper
                                         **MARY L. COOPER**
                                         United States District Judge